JS-6

1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11 | LINDA H. K.,[1] | **CASE NO.** 8:23-cv-01161-MAR

12 |           Plaintiff, | JUDGMENT

13 |    v.

14 | MARTIN O'MALLEY,
Commissioner of Social Security,

15

16 |           Defendant.

17

     Pursuant to sentence four of 42 U.S.C. § 405(g), **IT IS ADJUDGED** that the

18

decision of the Commissioner of the Social Security Administration is **AFFIRMED.**

19

DATED:  May 17, 2024

20
21

          /s/

22

     MARGO A. ROCCONI
     UNITED STATES MAGISTRATE JUDGE

23
24
25
26

---

27

1 Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

28